NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXION PHARMACEUTICALS, INC., ALEXION PHARMA INTERNATIONAL OPERATIONS LTD.,**

*Plaintiffs-Appellants*

**v.**

**SAMSUNG BIOEPIS CO. LTD.,**

*Defendant-Appellee*

---

2024-1829

---

Appeal from the United States District Court for the District of Delaware in No. 1:24-cv-00005-GBW, Judge Gregory Brian Williams.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    ALEXION PHARMACEUTICALS, INC. v. SAMSUNG BIOEPIS CO.
                                                    LTD.

(2)  Each side shall bear their own costs.


                                        FOR THE COURT



September 4, 2024                       Jarrett B. Perlow
     Date                               Clerk of Court


**ISSUED AS A MANDATE:** September 4, 2024